UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY ALEX LEE HANSON,<br><br>Petitioner,<br><br>v.<br><br>ROBERT NEUSCHMID,<br><br>Respondent. | No. 1:18-cv-01333-DAD-JLT (HC)<br><br>ORDER RELATING AND REASSIGNING CASE |

On January 3, 2019, respondent Robert Neuschmid filed a notice of related case, advising the court that this action is related to *Esquer v. Sherman*, No. 1:17-cv-01191-DAD-SAB, which is assigned to the undersigned and Magistrate Judge Stanley A. Boone. (Doc. No. 13.)

The court's review of the record in these cases reveals they are related within the meaning of Local Rule 123, as they involve the similar parties, related questions of law and fact, and would likely entail substantial duplication of labor if heard by different judges. Accordingly, assignment of the actions to the undersigned and to Magistrate Judge Stanley A. Boone will promote efficiency and economy for the court and parties.

An order relating cases under this court's Local Rule 123 merely assigns them to the same district judge and magistrate judge, and does not consolidate the cases. The local rules of this district authorize the judge with the lowest numbered case to order the reassignment of any higher numbered cases to himself or herself, upon determining that this assignment is likely to effect a

1

savings of judicial effort.  L.R. 123(c).  Such good cause appearing here, the court orders that the instant action be reassigned from Magistrate Judge Jennifer L. Thurston to Magistrate Judge Stanley A. Boone.

Accordingly, documents filed in the above-referenced action shall now bear the following new case number:  **1:18-cv-01333-DAD-SAB.**

IT IS SO ORDERED.

Dated:  **January 19, 2019**

UNITED STATES DISTRICT JUDGE