# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY ALEX LEE HANSON,<br><br>Petitioner,<br><br>v.<br><br>ROBERT NEUSCHMID,<br><br>Respondent. | Case No. 1:18-cv-01333-DAD-SAB-HC<br><br>ORDER DIRECTING RESPONDENT TO ELECTRONICALLY LODGE SUPPLEMENTAL CLERK'S TRANSCRIPT ON APPEAL |

Petitioner is proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254. On January 9, 2019, Respondent filed a notice of electronic lodging of documents that included the "Supplemental Clerk's Transcript on Appeal, Volume 1 of 1, pp. 1-59, California Court of Appeal, Fifth Appellate District, case no. F069292." (ECF No. 14 at 3). However, the Supplemental Clerk's Transcript was not electronically lodged with the other documents and transcripts.

Accordingly, IT IS HEREBY ORDERED that within seven (7) days of the date of this order, Respondent SHALL ELECTRONICALLY LODGE said Supplemental Clerk's Transcript.

IT IS SO ORDERED.

Dated: __March 15, 2019__

UNITED STATES MAGISTRATE JUDGE